**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1371**

DAMIEN BARKER,

            Plaintiff - Appellant,

      v.

COMPUTER SCIENCE CORPORATION,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.  (1:13-cv-00857-LO-MSN)

Submitted:  August 20, 2015        Decided:  August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Damien Barker, Appellant Pro Se.  Joseph Richard Ward, III, KULLMAN LAW FIRM, New Orleans, Louisiana; Frank Daniel Wood, Jr., KULLMAN FIRM, Birmingham, Alabama, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damien Barker appeals the district court's order granting Computer Science Corporation's summary judgment motion on his harassment and discriminatory and retaliatory termination claims, brought pursuant to 42 U.S.C. § 1981 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Barker v. Computer Science Corp., No. 1:13-cv-00857 (E.D. Va. Mar. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED